**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7766

EDWARD ISLEY,

Petitioner - Appellant,

versus

DAN L. DOVE, Warden of Federal Correctional
Institution at Edgefield; UNITED STATES OF
AMERICA,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  C. Weston Houck, Senior District
Judge.  (CA-01-4649-8)

Submitted:  March 30, 2005          Decided:  April 22, 2005

Before WILKINSON, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Isley, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Isley, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). Isley also appeals the court's order denying his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Isley v. Dove, No. CA-01-4649-8 (D.S.C. Dec. 2, 2003; Sept. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED